# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ORIX CREDIT ALLIANCE, INC.,**

        **Plaintiff,**

**-vs-**                                                            **Case No.  6:98-MC-11-Orl-DAB**

**RESOURCE ENTERPRISES, INC. and**
**LEV A KRITSKY,**

        **Defendants**

**and**

**BANK OF AMERICA, WACHOVIA**
**BANK, AND SUNTRUST BANK,**

        **Garnishees.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**     **MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 2)**
>
> **FILED:**     **December 30, 2005**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

> **MOTION:**     **MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 5)**
>
> **FILED:**     **January 3, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 6)** |
| **FILED:** | **January 3, 2006** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Based upon the papers filed by Plaintiffs, it appears that Plaintiffs are entitled to issuance of a Writ of Garnishment directed to Garnishees, Bank of America, Wachovia Bank, and SunTrust Bank. If these recommendations are adopted by the Court, the Clerk should be directed to issue the writs.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida this 23rd day of January, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy