UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORIX CREDIT ALLIANCE, INC.,

    Plaintiff,

-vs-                                       Case No. 6:98-mc-11-Orl-28DAB

RESOURCE ENTERPRISES, INC., and
LEV A KRITSKY,

    Defendants.

## ORDER

This case is before the Court on Motion for Writ of Garnishment After Judgment (Doc. 2), the Motion for Writ of Garnishment After Judgment (Doc. 5), and the Motion for Writ of Garnishment of Judgment (Doc. 6). The United States Magistrate Judge has submitted a report recommending that all three motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 23, 2006 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Writ of Garnishment After Judgment (Doc. 2), the Motion for Writ of Garnishment After Judgment (Doc. 5), and the Motion for Writ of Garnishment of

Judgment (Doc. 6) are **GRANTED**. The Clerk of Court is directed to issue the writs directed to Garnishees, Bank of America, Wachovia Bank, and SunTrust Bank.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9___ day of February, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party